# EXHIBIT 4

*FROM THE OFFICE OF THE*

FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

September 26, 2007

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 1200
Orange, CA 92868

**Re: Notice of Rescission by Melissa M. Ray of 21 Alabama Ave. Warwick, RI 02888; Loan Number: 0118827104; Closing Date 05/18/2005.**

To Whom It May Concern:

I represent Melissa M. Ray concerning the mortgage loan transaction she entered into with Ameriquest Mortgage Company on May 18, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Ms. Ray was given inaccurate and incomplete notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Ray's property located at 21 Alabama Ave. Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Melissa M. Ray,**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Melissa M. Ray