JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2007

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** MDL No. 1715

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-34)**

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 280 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN - 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** MDL No. 1715

## SCHEDULE CTO-34 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CALIFORNIA SOUTHERN | |
| ~~CAS 3 07-2195~~ | ~~Andrew Bello v. Ameriquest Mortgage Co., et al.~~ Opposed 12/28/07 |
| KENTUCKY EASTERN | |
| KYE 6 07-368 | Steve T. Harrell, et al. v. Ameriquest Mortgage Co. |
| MICHIGAN EASTERN | |
| ~~MIE 2 07-14498~~ | ~~Eldora Moore v. Ameriquest Mortgage Co., et al.~~ Opposed 1/3/08 |
| MICHIGAN WESTERN | |
| MIW 1 07-1103 | Michael Chesebro, et al. v. Ameriquest Mortgage Co., et al. |
| NORTH CAROLINA MIDDLE | |
| NCM 1 07-788 | Todd Brown, et al. v. Ameriquest Mortgage Co., et al. |
| NCM 1 07-832 | Jason W. Crawford, et al. v. Ameriquest Mortgage Co. |
| RHODE ISLAND | |
| RI 1 07-383 | Melissa M. Ray, et al. v. Ameriquest Mortgage Co. |

| BKY. DIST. DIV. ADVY. # | CASE CAPTION |
|---|---|
| ALABAMA SOUTHERN | |
| ALS 1 07-1074 | Judy R. Reusser v. Ameriquest Mortgage Co. |

# UNITED STATES JUDICIAL PANEL
# on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
**Judge John G. Heyburn II**
**United States District Court**
**Western District of Kentucky**

**MEMBERS:**
**Judge D. Lowell Jensen**
**United States District Court**
**Northern District of California**

**Judge J. Frederick Motz**
**United States District Court**
**District of Maryland**

**Judge Robert L. Miller, Jr.**
**United States District Court**
**Northern District of Indiana**

**Judge Kathryn H. Vratil**
**United States District Court**
**District of Kansas**

**Judge David R. Hansen**
**United States Court of Appeals**
**Eighth Circuit**

**Judge Anthony J. Scirica**
**United States Court of Appeals**
**Third Circuit**

**DIRECT REPLY TO:**

**Jeffery N. Lüthi**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal**
**Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C. 20002**

**Telephone: [202] 502-2800**
**Fax: [202] 502-2888**
**http://www.jpml.uscourts.gov**

January 3, 2008

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL No. 1715 -- IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-34)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 17, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Mecca Thompson
Mecca S. Thompson
Docket Specialist

Attachment

cc: Transferee Judge: Judge Marvin E. Aspen
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)

**INVOLVED COUNSEL LIST (CTO-34)**

Michael John Allen
CARRUTHERS & ROTH PA
P.O. Box 540
Greensboro, NC 27402

D. Richard Black, Jr.
LAW OFFICE OF D RICHARD BLACK
283 Howard Avenue
Holland, MI 49424

Joel M. Bondurant, Jr.
HAYNSWORTH SINKLER BOYD PA
P.O. Box 2048
Greenville, SC 29602-2048

Harry William Cappel
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street
1900 Fifth Third Center
Cincinnati, OH 45202

David W. Centner
CLARK HILL PLC
200 Ottawa Avenue, N.W., Suite 500
Grand Rapids, MI 49503

Ellis B. Drew, III
WELLS JENKINS LUCAS & JENKINS
155 Sunnynoll Court, Suite 200
Winston-Salem, NC 27106

Brian H. Erickson
LAW OFFICES OF BRIAN H ERICKSON
9330 Carmel Mountain Rd., Suite A
San Diego, CA 92129

John M. Gambrel
GAMBREL & WILDER LAW OFFICES PLLC
1222 1/2 North Main St., Suite 2
London, KY 40741

Jennifer Anne Harris
BURR & FORMAN LLP
420 North 20th St., Suite 3100
Birmingham, AL 35203

Bernard E. LeSage
BUCHALTER NEMER PC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Letitia A. Lee
Legal Services of Southeastern Michigan
420 North Fourth Avenue
Ann Arbor, MI 48104

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
Two Dexter Street
P.O. Box 479
Pawtucket, RI 02862

Carlos E. Mahoney
GLENN MILLS & FISHER PA
P.O. Drawer 3865
Durham, NC 27702

Marvin Allen Miller
MILLER LAW LLC
115 South LaSalle St., Suite 2910
Chicago, IL 60603

Dominic J. Rizzi
FAUCHER & CAFFERTY
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602

Brandon Quoc Tran
BUCHALTER NEMER PC
1000 Whilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457

Earl P. Underwood, Jr.
LAW OFFICES OF EARL P UNDERWOOD JR
21 South Section Street
P.O. Box 969
Fairhope, AL 36533-0969

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 West Wacker Drive, 45th Floor
Chicago, IL 60601