A CERTIFIED TRUE COPY

JAN - 3 2008

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

JANUARY 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
# on
# MULTIDISTRICT LITIGATION

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

MDL No. 1715

08 C 177

JUDGE ASPEN

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-34)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 280 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN - 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

DATE: JANUARY 10, 2008

CEM

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** MDL No. 1715

**SCHEDULE CTO-34 - TAG-ALONG ACTIONS**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CALIFORNIA SOUTHERN | |
| ~~CAS 3 07-2195~~ | ~~Andrew Bello v. Ameriquest Mortgage Co., et al.~~ Opposed 12/28/07 |
| KENTUCKY EASTERN | |
| KYE 6 07-368 | Steve T. Harrell, et al. v. Ameriquest Mortgage Co. – 08cv173 |
| MICHIGAN EASTERN | |
| ~~MIE 2 07-14498~~ | ~~Eldora Moore v. Ameriquest Mortgage Co., et al.~~ Opposed 1/3/08 |
| MICHIGAN WESTERN | |
| MIW 1 07-1103 | Michael Chesebro, et al. v. Ameriquest Mortgage Co., et al. – 08cv174 |
| NORTH CAROLINA MIDDLE | |
| NCM 1 07-788 | Todd Brown, et al. v. Ameriquest Mortgage Co., et al. – 08cv175 |
| NCM 1 07-832 | Jason W. Crawford, et al. v. Ameriquest Mortgage Co. – 08cv176 |
| RHODE ISLAND | |
| RI 1 07-383 | Melissa M. Ray, et al. v. Ameriquest Mortgage Co. – 08cv177 |

| BKY. DIST. DIV. ADVY. # | CASE CAPTION |
|---|---|
| ALABAMA SOUTHERN | |
| ALS 1 07-1074 | Judy R. Reusser v. Ameriquest Mortgage Co. – 08cv178 |